CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under an Agreement made by DAVID BRUHL and MOSES BRUHL, et al., Respondents, *v.* JEANNE P. HEYMANN et al., Defendants; GEORGE A. SELIGMANN et al., Appellants, and LAURENT DAVIS, Respondent.

Argued April 15, 1946; decided May 29, 1946.

*Harry M. Krokow* for appellants.

*Richard J. Cronan* and *George Trosk* for respondent.

Judgment affirmed, with costs to all parties appearing separately and filing briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.